

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00541-CV

**LONE STAR SPORTSMAN, INC.** d/b/a Alan Warren Outdoors,
Appellant

v.

Mike **MALIK** d/b/a Paradice Hunt Club,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19979
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice

Delivered and Filed:  November 27, 2013

DISMISSED

   Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d). Appellee's motion to dismiss is denied as moot.

PER CURIAM